

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-26-00020-CR
_____

SARIAH GARCIA, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 396th District Court
Tarrant County, Texas
Trial Court No. 1683105

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

MEMORANDUM OPINION

Sariah Garcia appeals[1] four judgments adjudicating guilt, but her combined brief asserts error in only two of them.[2]

We address Garcia's combined brief in our opinion in her companion appellate cause number 06-26-00018-CR. As stated in that opinion, in two of the trial court's four judgments appealed, there is a variance between oral pronouncement of sentence and the trial court's written judgments. The State concedes the variances. We therefore modify and affirm the judgments in which there is a variance and affirm the judgments in which Garcia makes no complaint.

This appeal concerns one of the trial court's judgments in which Garcia makes no complaint, namely a judgment convicting Garcia of an offense of burglary of a habitation. *See* TEX. PENAL CODE ANN. § 30.02(a), (c)(2) (Supp.).

Accordingly, in this case, we affirm the trial court's judgment.

Scott Stevens
Chief Justice

Date Submitted:　　　August 11, 2026
Date Decided:　　　　August 12, 2026

Do Not Publish

---

[1]This appeal was transferred to this Court from the Second Court of Appeals pursuant to a Texas Supreme Court docket equalization order. *See* TEX. GOV'T CODE ANN. § 73.001(Supp.). Accordingly, we apply the precedent of the Second Court of Appeals in deciding this case. *See* TEX. R. APP. P. 41.3.

[2]In this opinion, and in Garcia's companion appellate cause number 06-26-00019-CR, she does not assert any challenge. However, in her companion appellate cause numbers 06-26-00018-CR (trial court cause number 1655158) and 06-26-00021-CR (trial court cause number 1736179), Garcia challenges the trial court's written-imposed sentences.